IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

CRAIG VAN-ALDO SMITH,                       :
                                            :
                    Plaintiff               :
                                            :
        VS.                                 :
                                            :
Officer SCHNAKE, Warden DONALD              :        NO. 7:05-CV-58(HL)
BARROW, and Mental Health Unit Mgr          :
LILLIE ANN LUNEY a/k/a LESLIE               :
LUNNEY,                                              :
                    Defendants              :
_____ :            **ORDER TO SUPPLEMENT COMPLAINT**

Plaintiff **CRAIG VAN-ALDO SMITH**, a prisoner at Autry State Prison in Pelham, Georgia,

has filed a *pro se* civil rights complaint under 42 U.S.C. § 1983.  Plaintiff also seeks leave to proceed

without prepayment of the $250.00 filing fee or security therefor pursuant to 28 U.S.C. § 1915(a).

Based on plaintiff's submissions, the Court finds that plaintiff is unable to pay the prepay the filing

fee.  Accordingly, the Court **GRANTS** plaintiff's motion to proceed *in forma pauperis* and waives

the initial partial filing fee pursuant to 28 U.S.C. § 1915(b)(1).

It is hereby **ORDERED** that plaintiff's custodian or his designee shall set aside twenty

percent (20%) of all deposits made to plaintiff's trust fund account and forward those funds to the

Clerk each time the amount set aside exceeds $10.00, until the $250.00 filing fee has been paid in

full.  28 U.S.C. § 1915(b)(2).  The Clerk of Court is directed to send a copy of this order to the

business manager and the warden of the institution where plaintiff is incarcerated.

*I.  BACKGROUND*

In this action, plaintiff alleges that on May 6, 2005, while plaintiff was confined at Valdosta

Dockets.Justia.com

State Prison ("VSP"), defendant Officer Schnake told plaintiff he was a "dead nigger."  Thereafter, Officer Schnake allegedly entered plaintiff's cell, grabbed him, and started choking plaintiff. Plaintiff further alleges that on May 14, 2005, Officer Schnake served plaintiff a food tray that had urine all over the food.

Plaintiff sues defendant Warden Barrow because he allegedly did nothing about the situation, continued to allow Schnake to work around plaintiff, and denied plaintiff unspecified medical treatment.

Plaintiff alleges defendant Luney/Lunney, VSP's Mental Health Unit Manager, denied plaintiff mental health treatment for "mental stress," would not let the other mental health counselors assist plaintiff, and told plaintiff "I hope they do kill you in here."

## II. ORDER TO SUPPLEMENT

Upon initial review of plaintiff's complaint, the Court finds that additional information is needed before a proper evaluation of plaintiff's claims can be made. Accordingly, plaintiff is instructed to supplement his complaint as follows:

(1) Further describe the alleged incident of May 6, 2005, identify why he believes Officer Schnake wanted to harm plaintiff, whether plaintiff was visibly injured, describe the nature and extent of his injuries, if any, and what medical treatment plaintiff needed that he did not receive;

(2) Explain the specific medical treatment he requested from Warden Barrow, the dates he made his requests, what adverse effects plaintiff allegedly suffered as a result of not receiving medical treatment (*i.e.*, permanent damage), and the alleged motivation for the denial; and

2

(3) Detail the circumstances surrounding Mental Health Unit Manager Luney/Lunney's alleged

decision to deny plaintiff mental health treatment, and the alleged motivation for the denial; and

Plaintiff is hereby given thirty (30) days from receipt of this order to submit a supplement

to his complaint, limited to these claims only.  No other claims will be considered.  If plaintiff fails

to respond to this order in a timely manner, this action shall be dismissed.  There shall be no service

of process until further order of the court.

**SO ORDERED**, this 20th  day of October, 2005.

/s/ Richard L. Hodge
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE

3