IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| CRAIG VAN-ALDO SMITH, | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION FILE |
| VS. | : | NO. 7:05-CV-58 (HL) |
| | : | |
| OFFICER SCHNAKE, WARDEN BARROW, and LILLIE ANN LUNEY | : | |
| | : | |
| Defendants. | : | |

ORDER REQUIRING RESPONSE TO MOTION TO DISMISS

Defendant LUNEY has filed a motion to dismiss alleging plaintiff's failure to exhaust all available administrative remedies as required by the Prison Litigation Reform Act prior to seeking relief from the Federal Courts. The plaintiff is directed to respond to the Defendant's motion to dismiss pursuant to the dictates of the following notice:

Since plaintiff is proceeding *pro se*, the court deems it appropriate and necessary to advise him of his right to respond to said motion and of the consequences which he may suffer if he fails to file a response thereto.

Plaintiff is advised that:

(1) a MOTION TO DISMISS has been filed herein by a Defendant;

(2) plaintiff has the right to oppose the granting of said motion; and

(3) if plaintiff fails to oppose said motion, his complaint may be dismissed.

Plaintiff is further advised that under the procedures and policies of this court, motions to dismiss are normally decided on briefs. The court considers the pleadings and briefs filed by the parties in deciding whether dismissal is appropriate under the law.

**FAILURE OF THE PETITIONER HEREIN TO RESPOND TO THE MOTION TO DISMISS MAY RESULT IN THE GRANTING OF SAID MOTION**.  Upon the recommendation of the Magistrate Judge, the District Judge could then grant the motion to dismiss.   <u>There</u> <u>would</u> <u>be</u> <u>no</u> <u>trial</u> <u>or</u> <u>further</u> <u>proceedings</u> herein.

Accordingly, the petitioner is ORDERED AND DIRECTED to file a response to said motion to dismiss **WITHIN TWENTY DAYS OF THE DATE OF THIS ORDER.** Thereafter, the court will consider the motion and any opposition to same filed by the plaintiff. **SO ORDERED**, this 25th day of April 2006.

*/s/ Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE