**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| **CRAIG VAN-ALDO SMITH,** : | |
| Plaintiff : | |
| v. : | **CASE NO. 7:05-CV-58 (HL)** |
| **Officer SCHNAKE, et al,** : | |
| Defendants : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 28) filed January 18, 2007 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objection from the plaintiff to the Magistrate Judge's Recommendation was filed within the allotted time.

**SO ORDERED,** this the 13th day of February, 2007.

                                                    **s/ Hugh Lawson**
                                                  **HUGH LAWSON, Judge**
                                                  **United States District Court**