# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

CRAIG VAN-ALDO SMITH,  :
 :
    Plaintiff,  :
 :
v.  : Civil Action No. 7:05-cv-58 (HL)
 :
OFFICER SCHNAKE, WARDEN BARROW,  :
and LILIE ANN LUNEY,  :
 :
    Defendants.  :

_____

# ORDER

The Recommendation of the United States Magistrate Judge (Doc. 30) filed February 21, 2007, has been read and considered and is approved, adopted and made the Order of the Court. While the Court agrees with the Magistrate Judge's analysis of the case, it wishes to make one additional point clear. Plaintiff Craig Van-Aldo Smith ("Smith") failed to file a response to Defendant Lilie Ann Luney's ("Luney") converted Motion for Summary Judgement, despite being ordered to do so by the Magistrate Judge (Doc. 27), and Smith also failed to file an objection to the Recommendation at hand. However, Smith did previously file a Response (Doc. 19) to Luney's Motion to Dismiss (Doc. 17).[1] The Court has reviewed that Response by Smith and finds nothing within it that changes the Court's holding that Luney's Motion for Summary Judgment should be granted.

---

[1] The Magistrate Judge properly construed Luney's Motion to Dismiss as a Motion for Summary Judgement in light of Luney's reliance on matters outside the pleadings. (Doc. 27.)

1

**SO ORDERED**, this the 20th day of March, 2007.

                                            <u>*s/   Hugh Lawson*</u>
                                            **HUGH LAWSON, JUDGE**

pdl